UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, ESQ.,<br><br>  Plaintiff,<br><br>v.<br><br>NATIONAL GENERAL INSURANCE COMPANY,<br><br>  Defendant. | Case No. 22-cv-06490-HSG<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 21 |

Before the court is Plaintiff's motion for reconsideration. *See* Dkt. No. 21. The Court **DENIES** the motion. Magistrate Judge Sallie Kim denied Plaintiff's application to proceed *in forma pauperis* on October 26, 2022 because Plaintiff provided "conflicting and incomplete information." *See* Dkt. No. 4 at 1. Plaintiff failed to file an amended application by the November 25, 2022 deadline and instead filed a motion for reconsideration. *See* Dkt. No. 8. Judge Kim denied the motion and gave Plaintiff another opportunity to file an amended application by January 17, 2023. *See* Dkt. No. 9. Plaintiff again failed to file an amended application, filing another motion for reconsideration. *See* Dkt. No. 21. The Court will provide one more opportunity for Plaintiff to file an amended application to proceed *in forma pauperis*. Plaintiff must file an application that cures the deficiencies identified by Judge Kim by February 10, 2023.

//
//
//
//
//
//

Failure to submit an amended IFP application by the February 10 deadline will result in denial of Plaintiff's application without further notice, at which point Plaintiff will be responsible for paying the filing fee.

**IT IS SO ORDERED.**

Dated: 1/26/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge