United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHANNON O. MURPHY, ESQ.,

Plaintiff,

v.

NATIONAL GENERAL INSURANCE
COMPANY,

Defendant.

Case No. 22-cv-06490-HSG

**ORDER DISMISSING CASE**

Plaintiff, representing himself, filed a complaint against Defendant National General Insurance Company.  Dkt. No. 1.  In May 2023, the Court reviewed the complaint and dismissed it with leave to amend for lack of subject matter jurisdiction and failure to state a claim.  Dkt. No. 26.  The Court informed Plaintiff that failure to file an amended complaint by July 6, 2023, would result in the dismissal of this action without further notice.  *Id.* at 4.  The deadline to file an amended complaint has passed, and Plaintiff has neither filed an amended complaint nor otherwise communicated with the Court.  Accordingly, for the foregoing reasons and for the reasons stated in the Court's order dismissing the complaint with leave to amend, Dkt. No. 26, this action is **DISMISSED**.  The dismissal is without prejudice to filing a motion to reopen accompanied by a proposed amended complaint that states a cognizable claim for relief and explaining why Plaintiff failed to timely file an amended complaint.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close the file.

**IT IS SO ORDERED.**

Dated:  7/21/2023

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge